# Exhibit A

**U.S. RIGHT TO KNOW**

*Pursuing truth and transparency for public health*

May 16, 2025

FOIA Request Service Center
U.S. Department of Energy
1000 Independence Avenue, SW
Mail Stop MA-46
Washington, DC 20585

Via email: FOIA-Central@hq.doe.gov

**RE: Freedom of Information Act request**

Dear FOIA Officer:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, et seq., to the U. S. Department of Energy (DOE).

We request the DOE's latest assessment or intelligence report of the origin of the COVID-19 pandemic at the time this request is received. Please also provide any reports, analyses or appendices directly referred to, described in, or attached to this assessment or intelligence report. For context, such an assessment by DOE of the pandemic's origin is referred to among several "IC assessments" made by federal agencies that are summarized in the Office of the Director of National Intelligence's report, "Updated Assessment of Covid-19 Origins."[1] Such an assessment by DOE was also widely reported by media outlets in 2023, including in news stories published on Feb. 26, 2023, by The New York Times and the Wall Street Journal.[2] If the assessment reported on in these stories is the latest version by DOE, we are seeking that record. If DOE has conducted a subsequent assessment, we are seeking the latest such assessment.

We request that you disclose these documents and materials as they become available, without waiting until all the documents have been assembled. If documents are denied in whole or in part, please specify which exemption(s) is (are) claimed for each passage or whole document denied. Give the number of pages in each document and the total number of pages pertaining to this request and the dates of documents withheld. We request that excised material be

---

[1] Office of the Director of National Intelligence: Updated Assessment on Covid-19 Origins, (declassified August 27, 2021).
[2] Julian E. Barnes: Lab leak most likely caused pandemic, Energy Dept. says, *The New York Times.* (February 26, 2023); Michael R Gordon and Warren P. Strobel: Lab Leak Most Likely Origin of Covid-19 Pandemic, Energy Department Now Says, *The Wall Street Journal*. (February 26, 2023).

"blacked out" rather than "whited out" or cut out and that the remaining non- exempt portions of documents be released as provided for under the Freedom of Information Act.

The COVID-19 Origin Act of 2023, signed into law on March 20, 2023, required the Director of National Intelligence to "declassify any and all information relating to potential links between the Wuhan Institute of Virology and the origin of the Coronavirus Disease 2019 (COVID-19)." Although it is part of the Intelligence Community (IC), DOE has not announced that it has declassified such information, and has not released them. The public does not currently have an ability to easily evaluate the requested records, which are not currently in the public domain.

Please advise of any destruction of records and include the date of and authority for such destruction.

### REQUEST FOR FEE WAIVER

FOIA was designed to provide citizens a broad right to access government records. FOIA's basic purpose is to "open agency action to the light of public scrutiny," with a focus on the public's "right to be informed about what their government is up to." *NARA v. Favish*, 541 U.S. 157, 171 (2004) quoting *U.S. Dep't of Justice v. Reporters Comm. for Freedom of Press*, 489 U.S. 749, 773-74 (1989) (internal quotation and citations omitted). In order to provide public access to this information, FOIA's fee waiver provision requires that "[d]ocuments shall be furnished without any charge or at a [reduced] charge," if the request satisfies the standard. 5 U.S.C. § 552(a)(4)(A)(iii). FOIA's fee waiver requirement is "liberally construed." *Judicial Watch, Inc. v. Rossotti*, 326 F.3d 1309, 1310 (D.C. Cir. 2003); *Forest Guardians v. U.S. Dept. of Interior*, 416 F.3d 1173, 1178 (10th Cir. 2005).

The 1986 fee waiver amendments were designed specifically to provide non-profit organizations such as U.S. Right to Know access to government records without the payment of fees. Indeed, FOIA's fee waiver provision was intended "to prevent government agencies from using high fees to discourage certain types of requesters and requests," which are "consistently associated with requests from journalists, scholars, and *non-profit public interest groups*." *Ettlinger v. FBI*, 596 F. Supp. 867, 872 (D. Mass. 1984) (emphasis added). As one Senator stated, "[a]gencies should not be allowed to use fees as an offensive weapon against requesters seeking access to Government information ... ." 132 Cong. Rec. S. 14298 (statement of Senator Patrick Leahy).

**I. U.S. Right to Know Qualifies for a Fee Waiver.**

2

Under FOIA, a party is entitled to a fee waiver when "disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the [Federal] government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii).

Thus, the DOE must consider six factors to determine whether a request is in the public interest: (1) whether the subject of the requested records concerns "the operations or activities of the Federal government," (2) whether the disclosure is "likely to contribute" to an understanding of government operations or activities, (3) whether the disclosure "will contribute to public understanding" of a reasonably broad audience of persons interested in the subject, (4) whether the disclosure is likely to contribute "significantly" to public understanding of government operations or activities. *Id*. § 2.107(1)(2), (5) whether a commercial interest exists and its magnitude, and (6) the primary interest in disclosure. As shown below, U.S. Right to Know meets each of these factors.

### A. The Subject of This Request Concerns "The Operations and Activities of the Government."

The subject matter of this request concerns the operations and activities of the DOE. This request is about the DOE's knowledge of the origins of the COVID-19 pandemic.

This FOIA will provide U.S. Right to Know and the public with crucial insight into the activities of the DOE in relation to the US Government's efforts to understand the origins of the COVID-19 pandemic. It is clear that a federal agency's oversight of health, safety and security threats, both foreign and in the U.S., is a specific and identifiable activity of the government, and in this case it is the executive branch agency of the DOE. *Judicial Watch*, 326 F.3d at 1313 ("[R]easonable specificity is all that FOIA requires with regard to this factor") (internal quotations omitted). Thus, U.S. Right to Know meets this factor.

### B. Disclosure is "Likely to Contribute" to an Understanding of Government Operations or Activities.

The requested records are meaningfully informative about government operations or activities and will contribute to an increased understanding of those operations and activities by the public.

Disclosure of the requested records will allow U.S. Right to Know to convey to the public information about the DOE's activities in relation to the origins of COVID-19. Once the

information is made available, U.S. Right to Know will analyze it and present it to the general public in a manner that will meaningfully enhance the public's understanding of this topic.

Thus, the requested records are likely to contribute to an understanding of the DOE's operations and activities.

### C. Disclosure of the Requested Records Will Contribute to a Reasonably Broad Audience of Interested Persons' Understanding of the origins of the COVID-19 Pandemic

The requested records will contribute to public understanding of whether the DOE's actions relating to finding origins of COVID-19 were consistent with its priority to "ensure America's security and prosperity by addressing its energy, environmental and nuclear challenges through transformative science and technology solutions." As explained above, the records will contribute to public understanding of this topic.

Activities of the DOE generally, and specifically its activities to investigate the origins of the COVID-19 pandemic are areas of interest to a reasonably broad segment of the public. U.S. Right to Know will use the information it obtains from the disclosed records to educate the public at large about this topic. *See W. Watersheds Proj. v. Brown*, 318 F. Supp.2d 1036, 1040 (D. Idaho 2004) (finding that "WWP adequately specified the public interest to be served, that is, educating the public about the ecological conditions of the land managed by the BLM and also how ... management strategies employed by the BLM may adversely affect the environment").

Through U.S. Right to Know's synthesis and dissemination (by means discussed in Section II, below), disclosure of information contained in and gleaned from the requested records will contribute to a broad audience of persons who are interested in the subject matter. *Ettlinger v. FBI*, 596 F. Supp. at 876 (benefit to a population group of some size distinct from the requester alone is sufficient); *Carney v. Dept. of Justice*, 19 F.3d 807, 815 (2d Cir. 1994), *cert. denied*, 513 U.S. 823 (1994) (applying "public" to require a sufficient "breadth of benefit" beyond the requester's own interests); *Cmty. Legal Servs. v. Dep't of Hous. & Urban Dev*., 405 F. Supp.2d 553, 557 (E.D. Pa. 2005) (in granting fee waiver to community legal group, court noted that while the requester's "work by its nature is unlikely to reach a very general audience," "there is a segment of the public that is interested in its work").

Indeed, the public does not currently have an ability to easily evaluate the requested records, which are not currently in the public domain. *See Cmty. Legal Servs.*, 405 F. Supp.2d at 560 (because requested records "clarify important facts" about agency policy, "the CLS request would likely shed light on information that is new to the interested public."). As the Ninth Circuit

4

observed in *McClellan Ecological Seepage Situation v. Carlucci*, 835 F.2d 1282, 1286 (9th Cir. 1987), "[FOIA] legislative history suggests that information [has more potential to contribute to public understanding] to the degree that the information is new and supports public oversight of agency operations... ."1[1]

Disclosure of these records is not only "likely to contribute," but is certain to contribute, to public understanding of DOE's activities toward finding the origins of the COVID-19 pandemic. The public is always well served when it knows how the government conducts its activities, particularly matters touching on legal questions. Hence, there can be no dispute that disclosure of the requested records to the public will educate the public about this pressing issue.

**II. Disclosure is Likely to Contribute Significantly to Public Understanding of Government Operations or Activities.**

U.S. Right to Know is not requesting these records merely for their intrinsic informational value. Disclosure of the requested records will significantly enhance the public's understanding of what the DOE knows about the origins of the COVID-19 pandemic, as compared to the level of public understanding that existed prior to the disclosure.. The records are also certain to shed light on the DOE's compliance with its own mission and purpose. Such public oversight of agency action is vital to our democratic system and clearly envisioned by the drafters of the FOIA. Thus, U.S. Right to Know meets this factor as well.

**III. Obtaining the Requested Records is of No Commercial Interest to U.S. Right to Know**

Access to government records, disclosure forms, and similar materials through FOIA requests is essential to U.S. Right to Know's role of educating the general public. Founded in 2014, U.S. Right to Know is a 501(c)(3) nonprofit public interest, public health organization (EIN: 46-5676616). U.S. Right to Know has no commercial interest and will realize no commercial benefit from the release of the requested records.

**IV. U.S. Right to Know's Primary Interest in Disclosure is the Public Interest.**

5

As stated above, U.S. Right to Know has no commercial interest that would be furthered by disclosure. Although even if it did have an interest, the public interest would far outweigh any pecuniary interest.[3]

U.S. Right to Know is a non-profit organization that informs, educates, and counsels the public regarding corporate wrongdoing and government failures that threaten our food system, our environment and our health. U.S. Right to Know has been substantially involved in the activities of numerous government agencies for over ten years, and has consistently displayed its ability to disseminate information granted to it through FOIA.

In granting U.S. Right to Know's fee waivers, agencies have recognized: (1) that the information requested by U.S. Right to Know contributes significantly to the public's understanding of the government's operations or activities; (2) that the information enhances the public's understanding to a greater degree than currently exists; (3) that U.S. Right to Know possesses the expertise to explain the requested information to the public; (4) that U.S. Right to Know possesses the ability to disseminate the requested information to the general public; (5) and that the news media recognizes U.S. Right to Know as an established expert in the field of public health. U.S. Right to Know's track record of active participation in oversight of governmental activities and decision making, and its consistent contribution to the public's understanding of those activities as compared to the level of public understanding prior to disclosure are well established.

U.S. Right to Know intends to use the records requested here similarly. U.S. Right to Know's work appears frequently in news stories online and in print, radio and TV, including reporting in outlets such as *The New York Times* and *The Guardian*, as well as medical and public health journals such as the *BMJ*.  Many media outlets have reported about the food and chemical industries using information obtained by U.S. Right to Know from federal agencies. In 2024, more than 320,000 people visited U.S. Right to Know's extensive website, and viewed pages more than 550,000 times. U.S. Right to Know and its staff regularly tweet to a combined following of 55,000 on X (formerly Twitter), and more than 10,000 people follow U.S. Right to Know on Facebook. U.S. Right to Know has more than 17,000 subscribers to its newsletter. U.S. Right to Know intends to use any or all of these distribution channels to share with the public information obtained as a result of this request.

---

[3] In this connection, it is immaterial whether any portion of U.S. Right to Know's request may currently be in the public domain because U.S. Right to Know requests considerably more than any piece of information that may currently be available to other individuals. *See Judicial Watch*, 326 F.3d at 1315.

6

Public oversight and enhanced understanding of the DOE's duties is absolutely necessary. In determining whether disclosure of requested information will contribute significantly to public understanding, a guiding test is whether the requester will disseminate the information to a reasonably broad audience of persons interested in the subject. *Carney*, 19 F.3d 807. U.S. Right to Know need not show how it intends to distribute the information, because "[n]othing in FOIA, the [agency] regulation, or our case law require[s] such pointless specificity." *Judicial Watch*, 326 F.3d at 1314. It is sufficient for U.S. Right to Know to show how it distributes information to the public generally. *Id.*

<u>**REQUEST FOR EXPEDITED PROCESSING**</u>

Under FOIA, and the DOE's own expedited processing regulation, a party who shows "compelling need" is entitled to expedited processing. 5 U.S.C. § 552(a)(6)(E)(i), 10 § CFR 1004.5(d)(6). U.S Right to Know easily satisfies the requirements of demonstrating "compelling need."

**I. U.S. Right to Know's Request for Expedited Processing is for Reasons of Compelling Need.**

The FOIA states that "compelling need" exists "with respect to a request made by a person primarily engaged in disseminating information, urgency to inform the public concerning actual or alleged Federal Government activity" 5 U.S.C. § 552(a)(6)(E)(v)(II). The DOE's expedited processing regulation states that "compelling need" exists "when a request is submitted by a person primarily engaged in disseminating information and there is an urgency to inform the public about actual or alleged Federal Government activity." As demonstrated below, U.S. Right to Know's request meets all parts of either requirement.

A.    **U.S. Right to Know is Primarily Engaged in the Dissemination of Information**

U.S. Right to Know qualifies as a "representative of the news media." U.S. Right to Know is a member of the Institute of Nonprofit News,[4] a national network of 475 independent nonprofit journalism organizations. It has also received journalism awards, including one for coverage of the very topic of this request. In 2025, U.S. Right to Know received a James Madison Freedom of Information Award for its reporting on the origin of COVID-19. The awards, bestowed by the Northern California chapter of the Society for Professional Journalists, recognize people and organizations who have made "significant contributions to advancing freedom of information and expression in the spirit of James Madison, the creative force behind the First Amendment." In its award letter, SPJ NorCal wrote that "U.S. Right to Know's work, and their dedication to

---

[4] See https://inn.org/.

pursuing government documents in the face of widespread pushback, has helped the public better understand a pandemic that claimed millions of lives."[5] For the purposes of FOIA, DOE must explain any denial of treatment of U.S. Right to Know as a representative of the news media.

U.S. Right to Know thus easily satisfies the definition of an organization primarily engaged in the dissemination of information, i.e., that of "a person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." *Nat. Sec. Archive v. U.S. Dept. of Defense*, 880 18F.2d 1381, 1387 (D.C. Cir. 1989). Indeed, organizations with information dissemination activities that are similar to those of U.S. Right to Know routinely qualify as being "primarily engaged in disseminating information". *See Electronic Privacy Information Center v. Department of Defense*, 241 F. Supp. 2d 5, 11 (D.D.C. 2003) ("EPIC's request for "news media" status highlighted its publication to date of seven books on privacy, technology and civil liberties issues").

### B. Records Sought are Urgently Needed to Inform the Public of Government Activity

The topic of this request, which pertains to the origin of a pandemic virus that has killed more than one million Americans, is indisputably "a matter of current exigency to the American public" in which "the consequences of delaying a response would compromise a significant recognized interest," two factors routinely considered to comprise an urgent need. *See for example Al-Fayed v. C.I.A.*, 254 F.3d 300, 310 (D.C. Cir. 2001). The possibility of a research related origin of COVID-19 has led to calls to strengthen biosafety regulations nationwide and worldwide.[6] In fact, President Donald Trump signed an Executive Order just last week which put broad restrictions on U.S. funding of "dangerous gain of function research."[7] However, many hold that the type of virological research under scrutiny is not dangerous and exactly what is needed to prevent future pandemics. Indeed, it is of current and ongoing national debate whether certain research with high-risk pathogens should be more strictly regulated or deregulated in order to prevent future pandemics.[8] Not only does the ongoing search for the

---

[5] Society of Professional Journalists, Northern California Chapter.
https://spjnorcal.org/2025/02/12/spj-norcal-honors-transparency-champions-in-james-madison-freedom-of-information-awards-3/
[6] *See e.g.* Carl Zimmer and Benjamin Mueller: U.S. Tightens Rules on Risky Virus Research, *The New York Times*. (May 7, 2024.)
[7] 90 FR 19611 (2025). Also available at: Improving the Safety and Security of Biological Research. (May 5, 2025).
[8] *See e.g.* David Zweig: Is Gain-of-Function Research a 'Risk Worth Taking'? Or 'Insanity'?, *The Free Press.* (March 7, 2023) (Last electronically accessed April 18, 2025); Jocelyn Kaiser: Making Trouble: The United States is moving to tighten oversight of studies that could make viruses more dangerous. But how far should it go? (October 19, 2022.); Carl Zimmer and Emily Anthes: Trump Executive Order Restricts 'Gain of Function' Research on Pathogens, *The New York Times*. (May 5, 2025); Alex Mansfield and Tabby Taylor-Buck: Gain-of-function: Loss-of-funding, BBC. (May 8, 2025).

pandemic's origin matter urgently to those who suffered severe consequences of COVID-19 or lost loved ones, the origin of the pandemic also has immediate consequences for tax allocations, and the future direction of science regarding regulations surrounding biosafety.

Furthermore, courts have held that the "urgency" standard is essentially synonymous with media interest. *See Electronic Privacy Info. Ctr. v. Nat'l Sec. Comm'n*, 419 F. Supp. 3d 82, 95 (D.D.C. 2019) ("Evidence such as news articles and other contemporary documents may illuminate whether EPIC's FOIA requests meet the 'urgency to inform' standard."); *Protect Democracy Project, Inc. v. U.S. Dep't of Def.*, 263 F. Supp. 3d 293, 299 (D.D.C. 2017) ("[b]ut as evidence that they were justified [in their claim of urgency to inform the public], one need look no further than the widespread media attention—including by some of the nation's most prominent news outlets"). *Oversight v. U.S. Dep't of Justice*, 292 F. Supp. 3d 501, 507-08 (D.D.C. 2018) (start and end with review of the media coverage). Here there is no question of media interest in the information that U.S. Right to Know seeks to analyze and disseminate, namely the origins of COVID-19. Thousands of media articles have been published on the subject since 2020, with dozens published in the past month alone.[9] Indeed, courts have routinely found that much lesser showings of media interest are sufficient to warrant expedited processing. *See e.g., American Civil Liberties Union v. United States Department of Justice*, 321 F. Supp. 2d 24, 32 (D.D.C. 2004) (handful of articles sufficient to show sufficient media interest for expedited processing). *Brennan Ctr. for Justice at NYU Sch. of Law v. Dep't of Commerce*, 498 F. Supp. 3d 87, 97 (D.D.C. 2020) (fifty recent articles more than sufficient). Despite the overwhelming media interest, the question of Covid origins, about which U.S. Right to Know seeks to inform the public, has yet to be answered. Both President Donald Trump and leaders in the intelligence community have expressed urgency in declassifying information about what is known of the pandemic's origins to the public.[10]

In addition, the work of the Intelligence Community – including the DOE –  in identifying the origin of COVID-19 and declassifying related documents, has itself become an area of interest to the media and the public.[11] [12] Recent news reports quote CIA director John Ratcliffe as saying he wants to make declassifying intelligence on the pandemic's origins a priority.[13] The new Director of National Intelligence Tulsi Gabbard has empaneled a task force to declassify information in

---

[9] See Attachment 1: Recent Media Articles.

[10] For example, the White House recently launched a website dedicated to the origin of COVID-19, titled LAB LEAK: The true origin of COVID-19.

[11] *See e.g.* Jeremy Herb and Natasha Bertrand: US Energy Department assesses Covid-19 likely resulted from lab leak, furthering US intel divide over virus origin, CNN. (February 27, 2023).

[12] *See e.g.* Nicola Davis and Amy Hawkins: How seriously should we take the DOE's Covid lab leak theory?, *The Guardian*. (February 27, 2023).

[13] *See e.g.* Julian E. Barnes: C.I.A. Now Favors Lab Leak Theory to Explain Covid's Origins, The New York Times. (January 25, 2025).

the public interest, including intelligence related to COVID-19: "President Trump promised the American people maximum transparency and accountability," Gabbard said in a statement about the initiative. "We are committed to executing the president's vision and focusing the intelligence community on its core mission: ensuring our security by providing the president and policymakers with timely, apolitical, objective, relevant intelligence to inform their decision-making to ensure the safety, security and freedom of the American people."[14]

It is furthermore not in dispute that the information sought pertains to "government activity". *See supra* at "REQUEST FOR FEE WAIVER", I (A) (explaining how records sought pertain to "government activity")*.

Thus, the current request is of "compelling need," having been made by an organization primarily engaged in disseminating information with an urgency to inform the public concerning federal government activity.  The DOE must address this request for expedited processing; failure to do so is *prima facie* arbitrary and capricious.

Please send the documents electronically in PDF format to Lewis Kamb at lewis@usrtk.org. If you need additional information please call, rather than write, Lewis Kamb at (206) 735-6299.

Thank you so much for your help in filling this request.

Sincerely,

Lewis Kamb        Hana Mensendiek      Gary Ruskin

---

[14] *See. e.g.* Julian E. Barnes: Gabbard Starts a Task Force Focused on Politicization of the Intelligence Agencies, *The New York Times*. (April 8, 2025).

**ATTACHMENT 1: RECENT MEDIA ARTICLES**
(Footnote 9, page 9 DOE FOIA 5.16.2025)


May 12, 2025
SARS-CoV-2 Origin: Lab Leak Hypothesis Gains Momentum
Medscape Medical News
https://www.medscape.com/viewarticle/sars-cov-2-origin-lab-leak-hypothesis-gains-momentum-2025a1000bcw?form=fpf

May 8, 2025
Origin story of COVID virus rewritten, challenging lab leak theory
China Pulse
https://www.chinapulse.com/data-news/2025/05/08/origin-story-of-covid-virus-rewritten-challenging-lab-leak-theory/

May 8, 2025
Evidence of Origins of the COVID-19 Outbreak Disputes the Lab Leak Theory
Discover Magazine
https://www.discovermagazine.com/health/evidence-of-origins-of-the-covid-19-outbreak-disputes-the-lab-leak-theory

May 7, 2025
Genetic study retraces origins of Coronaviruses in bats
The New York Times
https://www.nytimes.com/2025/05/07/science/covid-coronavirus-bats-genetics.html

May 7, 2025
New study retraces Covid origins to bats in southwest China or north Laos
The Telegraph
https://www.telegraph.co.uk/global-health/science-and-disease/covid-19-origins-sars-cov-2-coronavirus-genome-bats/

May 7, 2025
UCSD releases new study on origin, spread of COVID-19
The Times of San Diego
https://timesofsandiego.com/health/2025/05/07/ucsd-study-origin-spread-covid/

May 2, 2025
China reasserts US origin claim in COVID-19 white paper
The New Indian Express
https://www.newindianexpress.com/business/2025/May/02/china-reasserts-us-origin-claim-in-covid-19-white-paper

April 30, 2025
China blames US for origin of COVID-19 and turning `deaf ear to the numerous questions over its conduct'
MSN
https://www.msn.com/en-us/health/other/china-blames-us-for-origin-of-covid-19-and-turning-deaf-ear-to-the-numerous-questions-over-its-conduct/ar-AA1DXuXP

April 25, 2025
China suggests Covid 19 originated in US in response to Trump allegation
Reuters
https://www.reuters.com/business/healthcare-pharmaceuticals/china-releases-white-paper-covid-19-origins-tracing-xinhua-reports-2025-04-30/

April 23, 2025
China reacts to Trump's `lab leak' website
Newsweek
https://www.newsweek.com/china-reacts-us-trump-covid-19-website-lab-leak-2062843

April 23, 2025
Opinion: Scroll through Trump's new covid website – and have your mind blown
The Washington Post
https://www.washingtonpost.com/opinions/2025/04/23/trump-rewriting-covid-history/

April 23, 2025
China fires back after White House site pushes Covid-19 `lab leak' story
South China Morning Post
https://www.scmp.com/news/china/diplomacy/article/3307652/china-fires-back-after-white-house-site-pushes-covid-19-lab-leak-theory

April 19, 2025
New White House website pushes COVID-19 lab leak theory
UPI
https://www.upi.com/Health_News/2025/04/19/donald-trump-covid-19-white-house-origin-lab-leak/9441745086320/

April 18, 2025
Trump Admin Declares China `Lab Leak' the True Orgins of Covid-19
Newsweek
https://www.newsweek.com/trump-admin-declares-china-lab-leak-true-origins-covid-19-2061481

April 18, 2025
White House touts Covid-19 `lab leak' theory on new website
CNN
https://www.cnn.com/2025/04/18/politics/white-house-covid-lab-leak-website

April 18, 2025
On New Website, Trump Declares Lab Leak as `True Origins' Of Covid
The New York Times
https://www.nytimes.com/2025/04/18/science/trump-covid-website-lab-leak.html

April 18, 2025
White House changes COVID.gov web page to page supporting lab leak theory
ABC News
https://abcnews.go.com/Health/white-house-covid-web-page-page-supporting-lab/story?id=120956514

April 18, 2025
`Lab Leak,' a flashy page on the virus' origins, replaces government COVID sites
NPR
https://www.npr.org/sections/shots-health-news/2025/04/18/g-s1-61324/lab-leak-white-house-covid-origins

April 18, 2025
Trump scraps federal COVID-19 website for virus lab-leak theory
USA Today
https://www.usatoday.com/story/news/politics/2025/04/18/trump-covid-lab-leak-website/83167873007/

April 18, 2025
White House reveals COVID lab leak theory as 'true origins' of pandemic in flashy new website that blasts Biden, Fauci and Cuomo
New York Post
https://nypost.com/2025/04/18/us-news/white-house-reveals-covid-lab-leak-theory-as-true-origins-of-pandemic-website/

April 18, 2025
White House embraces lab leak as `true' pandemic origin, axes covid website
The Washington Post
https://www.washingtonpost.com/politics/2025/04/18/covid-website-replaced-lab-leak-pandemic-origin/

April 18, 2025
Trump's White House launches COVID website that criticizes Who, Fauci and Biden
https://www.reuters.com/business/healthcare-pharmaceuticals/trumps-white-house-launches-covid-website-that-criticizes-who-fauci-biden-2025-04-18/

April 18, 2025
White House pushes COVID lab leak theory with new website

Axios
https://www.axios.com/2025/04/18/covid-lab-leak-website-trump-white-house

April 18, 2025
White House replaces Covid resource page with lab leak website
NBC News
https://www.nbcnews.com/health/health-news/white-house-replaces-covid-resource-page-lab-leak-website-rcna201925

April 18, 2025
Trump turns a Covid information website into a promotion page for the lab leak theory
The Associated Press
https://apnews.com/article/trump-covid-origin-lab-leak-fauci-c8767c1e2c5698c845059ab7f0534ff7

April 18, 2025
White House trumpets Covid lab leak theory on web page that was devoted to health information
Stat News
https://www.statnews.com/2025/04/18/covid-lab-leak-theory-trump-replaces-pandemic-guidance-website-with-disputed-claims-alleged-coverup/

April 18, 2025
White House site blames China for Covid-19 'lab leak'
Le Monde
https://www.lemonde.fr/en/international/article/2025/04/18/white-house-site-blames-china-for-covid-19-lab-leak_6740396_4.html

April 15, 2025
Opinion: Time for Accountability on the Covid Lab-Leak Coverup
Wall Street Journal
https://www.wsj.com/opinion/time-for-accountability-on-the-covid-lab-leak-coverup-fauci-gain-of-function-194730d4

April 15, 2025
New report raises questions over the origins of COVID
News Nation
https://www.newsnationnow.com/health/new-report-questions-origins-covid/

April 14, 2025
7 US Service members had `COVID-19-like symptoms' after 2019 Wuhan games: Pentagon report
The Hill
https://thehill.com/policy/defense/5248329-us-service-members-covid-19-symptoms/

April 12, 2025
Biden's administration may have suppressed COVID evidence contradicting Chinese claims
The Hill
https://thehill.com/opinion/healthcare/5245895-covid-origins-cover-up/

April 12, 2025
COVID arrived 5 years ago. How WA is looking back – and forward
The Seattle Times
https://www.seattletimes.com/seattle-news/health/5-years-later-covid-front-line-workers-in-wa-look-back-and-forward/

April 10, 2025
Trump administration task force to consider declassifying COVID-19 origins materials
The Associated Press
https://apnews.com/article/gabbard-intelligence-agencies-cia-trump-6c7a3e9671a95827b31375fe52fe1c0f

April 10, 2025
Newly surfaced report provides more clues on COVID outbreak source and timeline
FOX News
https://www.foxnews.com/us/newly-surfaced-report-provides-more-clues-covid-outbreak-source-timeline

April 9, 2025
House GOP readies COVID probe as report shows sickness may have hit humans months earlier than thought
New York Post
https://nypost.com/2025/04/09/us-news/house-gop-readies-covid-probe-as-report-shows-sickness-may-have-hit-humans-months-earlier-than-thought/

April 8, 2025
New reports unearth buried intel on origins of COVID
Daily Caller
https://dailycaller.com/2025/04/08/reports-unearth-buried-intel-origins-covid-19/

April 8, 2025
Biden administration concealed Congressionally Mandated Report on Earliest Suspected American COVID cases
The Washington Free Beacon
https://freebeacon.com/biden-administration/biden-administration-concealed-congressionally-mandated-report-on-earliest-suspected-american-covid-cases/

April 8, 2025

Biden Admin Reportedly Hid Report That Service Members May Have Gotten COVID in Wuhan – in October 2019
The Daily Wire
https://www.dailywire.com/news/biden-admin-reportedly-hid-report-that-service-members-may-have-gotten-covid-in-wuhan-in-oct-2019?row=0&elementPosition=undefined&rowType=Vertical+List&author=Hank+Berrien&title=Biden+Admin+Reportedly+Hid+Report+That+Service+Members+May+Have+Gotten+COVID+In+Wuhan+%E2%80%94+In+Oct+2019&category=News

April 7, 2025
US intelligence agency's classified analysis offers detailed scientific view that COVID-19 may have come from Wuhan lab
U.S. Right To Know
https://usrtk.org/covid-19-origins/dia-analysis-covid-may-have-come-from-wuhan-lab/

April 4, 2025
French Academy of Medicine: Covid-19 likely result of lab accident
Euractiv
https://www.euractiv.com/section/health-consumers/news/french-academy-of-medicine-covid-19-likely-result-of-lab-accident/

March 27, 2025
Lab Leak claims about the origins of Covid don't pass the smell test
The Irish Times
https://www.irishtimes.com/opinion/2025/03/27/no-you-were-not-misled-about-the-origins-of-covid/

March 17, 2025
New York Times columnist admits that scientists `badly misled' public on COVID-19: `Five years too late.'
New York Post
https://nypost.com/2025/03/17/media/scientists-badly-misled-public-on-covid-19-origins-new-york-times-columnist/

March 16, 2025
Opinion: We Were Badly Misled About The Event That Changed Our Lives
The New York Times
https://www.nytimes.com/2025/03/16/opinion/covid-pandemic-lab-leak.html

March 13, 2025
German spy agency `believed COVID likely started in lab'
BBC
https://www.bbc.com/news/articles/cz7vypq31z7o

March 12, 2025

German spy agency concluded COVID virus likely leaked from lab, papers say
Reuters
https://www.reuters.com/business/healthcare-pharmaceuticals/german-spy-agency-concluded-covid-virus-likely-leaked-lab-papers-say-2025-03-12/

March 12, 2025
Opinion: Covid likely came from a lab, and it matters to prevent another pandemic
Orange County Register
https://www.bostonmagazine.com/news/2025/03/12/alina-chan-cambridge-covid/

March 12, 2025
They tried to silence her COVID origin Theory. Now even the CIA agrees with Alina Chan.
Boston Magazine
https://www.bostonmagazine.com/news/2025/03/12/alina-chan-cambridge-covid/

March 11, 2025
What Caused COVID-19? What we know 5 years later
https://www.usnews.com/news/health-news/articles/2025-03-11/what-caused-covid-19-what-we-know-5-years-later

March 5, 2025
What we still don't know about COVID 5 years after the WHO declared a pandemic
ABC News
https://abcnews.go.com/Health/covid-5-years-after-declared-pandemic/story?id=119638499

March 1, 2025
Dissecting the China `lab leak' Covid origin theory
Asia Times
https://asiatimes.com/2025/03/dissecting-the-china-lab-leak-covid-origin-theory/

March 1, 2025
Covid Origin: Why the Wuhan lab-leak theory is so disputed
BBC
https://www.bbc.com/news/world-asia-china-57268111

Feb. 27, 2025
Exclusive: INside the FBI's Lab Leak Investigation
Vanity Fair
https://www.vanityfair.com/news/story/inside-the-fbis-lab-leak-investigation?srsltid=AfmBOoqJAtUlNITnADWvAzSgQx5qiDu6dggaQd0aqwCbI_R_NKE9DZlb

Feb. 25, 2025
The `lab-leak origin' of Covid-19: Fact of fiction?
The Conversation

https://theconversation.com/the-lab-leak-origin-of-covid-19-fact-or-fiction-250462

February 21, 2025
What sparked the COVID pandemic? Mounting evidence points to raccoon dogs
Nature news
https://www.nature.com/articles/d41586-025-00426-3

February 11, 2025
AI Uncovers Hidden Genetic Clues That Challenge COVID-19's Origins
SciTechDaily
https://scitechdaily.com/ai-uncovers-hidden-genetic-clues-that-challenge-covid-19s-origins/

Feb. 3, 2025
Chicago Tribune
Opinion: Dr. Anthony Fauci should come clean about COVID-19
https://www.chicagotribune.com/2025/02/03/opinion-joe-biden-anthony-fauci-pardon-covid-19/