# Exhibit B



An official website of the United States government  Here's how you know.

UNITED STATES DEPARTMENT of JUSTICE

Thank you for visiting FOIA.gov, the government's central website for FOIA. We continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

Learn about FOIA ⌄    Before you request ⌄    Search tool ⌄    Create a request    Agency FOIA data ⌄    CFO Council ⌄                Agency login

| Request directions | Agency information |
| --- | --- |

**Department of Energy**
## Headquarters

- Contact information
- Your request
- Additional information
- Fees
- Request expedited processing
- Review and submit

## Tips for submitting

**The person to reach out to about your FOIA request is:**

Alexander Morris, FOIA Officer
202-586-3159

FOIA Requester Service Center ⧉
202-586-5955

Alexander Morris, FOIA Public Liaison ⧉

Alexander Morris, FOIA Officer, Mail Stop MA-46
1000 Independence Avenue, SW
Washington, DC 20585

You can ask FOIA personnel about anything related to your request, including if what you're asking for is clear. You can also reach out to follow up on your request after it's been submitted.

**The description of records you are requesting is very important.**

Be sure your request is clear and as specific as possible.

**Do research before you file.**

Sometimes what you are looking for is already public. You can find out by reaching out to the agency you're interested in or by visiting their website or their FOIA Library.

# Success!

**Your FOIA request has been created and is being sent to the Headquarters.**

Please save this page for your records.

🖶 Print page

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Alexander Morris, FOIA Officer
202-586-3159

FOIA Requester Service Center ⧉
202-586-5955

Alexander Morris, FOIA Public Liaison ⧉

Alexander Morris, FOIA Officer, Mail Stop MA-46
1000 Independence Avenue, SW
Washington, DC 20585

## Request summary

Request submitted on **June 2, 2025**.

The confirmation ID for your request is **2172946**.

The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Lewis Kamb

**Mailing address**
4096 Piedmont Avenue
Oakland, CA 94611
United States

**Phone number**
206-735-6299

**Company/organization**
U.S. Right To Know

**Email**
lewis@usrtk.org

## Your request

see attached

## Additional information

📎 DOE FOIA 5.22.25 combined.pdf

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
See attached

**The amount of money you're willing to pay in fees, if any**
50.00

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
See attached

FOIA.gov

CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⧉ CC3.0

| FREQUENTLY ASKED QUESTIONS | ACCESSIBILITY |
| FREQUENTLY ASKED QUESTIONS | ACCESSIBILITY |
| DEVELOPER RESOURCES | PRIVACY POLICY |
| AGENCY API SPEC | POLICIES & DISCLAIMERS |
| FOIA CONTACT DOWNLOAD | JUSTICE.GOV |
| FOIA DATASET DOWNLOAD | USA.GOV ⧉ |

🔖 Glossary