UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

U.S. RIGHT TO KNOW,

      Plaintiff,

    v.                                  Civil Action No. 25-2308 (TNM)

U.S. DEPARTMENT OF ENERGY,

      Defendant.

## NOTICE OF RELATED CASE

Defendant, U.S. Department of Energy ("DOE"), by and through undersigned counsel, hereby notifies the Court pursuant to Local Civil Rule 40.5(b)(3) that the above-captioned later-filed action may be related to a previously filed civil action currently pending in this United States District Court, *Tobias v. U.S. Department of Energy*, Civ. A. No. 24-0460 (SLS) (D.D.C. filed February 16, 2024).[1]

The related cases are as follows:

In the instant case, Plaintiff seeks DOE's latest "assessment" or "intelligence report" on the origin of the COVID-19 pandemic, based on a description in a 2023 Wall Street Journal article, and documents directly referenced in that assessment or intelligence report. *See* Compl. (ECF No. 1) ¶ 11.

---

[1] During the June 17, 2026 status conference in this later-filed case, undersigned counsel regretfully did not advise the Court of the existence of the earlier-filed case and the overlap in the records at issue. Defendant respectfully apologizes for that oversight and submits this Notice promptly to ensure the Court has complete information and to facilitate efficient case management.

In *Tobias v. U.S. Department of Energy*, a different plaintiff seeks various records from DOE concerning the origins of COVID-19, including records referencing the DOE assessment of the origin of COVID-19 cited in the Wall Street Journal and other related records concerning affiliated individuals.

Defendant advises that it is actively conferring with Plaintiff in this action regarding any coordinated processing and production in light of the relationship described above. The parties anticipate updating the Court on any agreement or proposed coordinated approach in the next status report required by the Court's June 17, 2016 Minute Order.  This Notice does not seek to modify any deadlines set forth in that order, and Defendant will continue to comply with that order unless and until the Court directs otherwise.

A copy of this Notice will also be filed this date in *Tobias v. U.S. Department of Energy*.

Dated:  June 17, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ David S. Bettwy* _____
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov

*Attorneys for the United States of America*